FILED

2016 Aug-31  AM 09:32
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

CALVIN BRADLEY COX,                )
                                   )
            Plaintiff,             )
                                   )
v.                                 )          Case No. 2:16-cv-00877-TMP
                                   )
MAIN STREET ACQUISITION CORP.,     )
                                   )
            Defendant.             )

## ORDER

The court has been advised that all remaining issues in the case have been resolved and the case has been settled, although a joint stipulation of dismissal has not yet been filed. The parties have consented to the undersigned magistrate judge's jurisdiction under 28 U.S.C. § 636(c). (Doc. 11). Because the case has been settled and there no longer exists a live case or controversy, it is ORDERED and ADJUDGED that the case be and hereby is DISMISSED WITHOUT PREJUDICE pursuant to the right of either party to file a motion to vacate this Order and reinstate the action within thirty (30) days. In the event neither party files such a motion, the dismissal of this action shall become WITH PREJUDICE upon the expiration of thirty (30) days. The court retains jurisdiction in the above-styled case until the expiration of thirty (30) days.

**DONE** and **ORDERED** on August 31, 2016.

_____
T. MICHAEL PUTNAM
UNITED STATES MAGISTRATE JUDGE